

# IN THE
# TENTH COURT OF APPEALS

————————————

## No. 10-08-00414-CV

## IN RE DENNIS AND GAIL DAVIS

————————————

## Original Proceeding

## MEMORANDUM OPINION

The petition for writ of mandamus is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Petition denied
Opinion delivered and filed December 17, 2008
[OT06]